<u>CERTIFICATE OF SERVICE BY MAIL</u>

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )
                              )
                              )    Criminal No. 98-176 DSD/AJB
                              )
JAMES W. REED,                )
                              )
              Defendant.      )
```

I hereby certify that on _October 4, 2006__, I served, or caused to be served, the following documents:

**Application for Debtor's Examination, Attachment A and OBD 500 Financial Questionnaire**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

James W. Reed
XXXX
Watertown, MN 55388

I further certify that I served, or caused to be served, the following document:

**Order for Judgment Debtor Exam signed by the Court**

to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and

address(es) stated below, which is/are the last known address(es),

and by depositing said envelope and contents in the United States

Mail at Minneapolis, Minnesota.

    Addressee(s):

James W. Reed
XXXX
Watertown, MN 55388

                    S/ Jessica Scott