UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 98-176 DSD/AJB

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )
                                    )
         v.                         )    APPLICATION FOR WRIT OF
                                    )    CONTINUING GARNISHMENT
JAMES W. REED,                      )
                                    )
              Defendant,            )
                                    )
              and                   )
                                    )
ARTHUR ENGELLAND & ASSOCIATES,      )
                                    )
              Garnishee.            )

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, James W. Reed, Social Security Number, XXX-XX-5347, with the last known address of XXXXXX, Chicago, IL 60660.

The judgment was entered on April 15, 1999, for monetary impositions. The judgment was entered in the amount of $278,211.86, plus interest and costs.

As of January 26, 2007, after applying payments, if any, the balance on this judgment debt was $447,997.08 in principal, interest and penalties. Interest on the principal balance is accruing from April 15, 1999, at a rate of 4.727% per annum.

SCANNED
FEB 0 7 2007
U.S. DISTRICT COURT ST. PAUL

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Arthur Engelland & Associates, 39 South La Salle Street, Chicago, IL 60603

Dated: *February 1, 2007* RACHEL K. PAULOSE
United States Attorney

BY:  MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600