USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 98-176 DSD/AJB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| James W. Reed | Garnishment |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Chase Bank

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1825 West Lawrence Avenue, Chicago, IL 60640

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
300 South Fourth Street, 600 U.S. Courthouse
Minneapolis, MN 55415
Attn: Jessica Scott

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED UNITED STATES MARSHAL
2007 FEB 1 AM 11:09
U.S. DISTRICT OF MN
ADMINISTRATIVE SECTION

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Please serve first.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 612-664-5662 | DATE 2/1/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 41 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk *N Schmidt* | Date 2/12/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Jeremy Frantz, Manager

| | ☒ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

Address (complete only different than shown above)

MAR -8 2007

| Date 3/05/2007 | Time 12:35 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee 45 | Total Mileage Charges (including endeavors) 8 01 | Forwarding Fee | Total Charges 53 01 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

1 DUSM x/ hour @ 18 miles round trip.

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

SCANNED
JUL 16 2007
U.S. DISTRICT COURT MPLS



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 98-176 DSD/AJB

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )   CLERK'S NOTICE OF POST-
        v.                          )   JUDGMENT GARNISHMENT
                                    )
JAMES W. REED,                      )
                                    )
                Defendant,          )
                                    )
CHASE BANK,                         )
                                    )
                Garnishee.          )

        You are hereby notified that your bank accounts are being
garnished by the United States of America, which obtained a
judgment on April 15, 1999, in the sum of $278,211.86, plus
interest and costs as a result of criminal monetary impositions.
As of January 26, 2007, a balance of $447,997.08 in principal,
interest and penalties remained outstanding on this debt.

        In addition, you are hereby notified that there are
exemptions under the law which may protect some of the property
from being taken by the Government if you, James W. Reed, can show
that the exemptions apply.   Enclosed is a summary of the major
exemptions which apply in most situations.

        If you are James W. Reed, you have a right to ask the
court to return your property to you if you think the property the
Government is taking qualifies under one of the enclosed exemptions

SCANNED

JUL 1 6 2007

U.S. DISTRICT COURT MPLS

or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request

in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.  You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota  55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance.  The Clerk of Court is not permitted to give legal advice.

Dated:    2/7/07

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: _____
     Deputy Clerk

_____    Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim.  Before checking this line, review this notice carefully.

_____    Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside.  Review this notice carefully.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 98-176 DSD/AJB

UNITED STATES OF AMERICA,                )
                                         )
                      Plaintiff,         )
                                         )
          v.                             )  WRIT OF GARNISHMENT
                                         )
JAMES W. REED,                           )
                                         )
                      Defendant,         )
                                         )
                      and                )
                                         )
CHASE BANK,                              )
                                         )
                      Garnishee.         )

TO:  Chase Bank, 1825 West Lawrence Avenue,
     Chicago, IL 60640

An application for a Writ of Garnishment against property of
the above-named defendant, James W. Reed, has been filed with this
Court by the United States of America.

A judgment was entered in favor of the United States of
America and against the defendant on April 15, 1999, for
$278,211.86. As of January 26, 2007, the balance on this judgment
debt was $447,997.08 in principal, interest and penalties.
Interest on the principal balance is accruing from January 26,
2007, at the rate of 4.727% per annum.

You, Chase Bank, the garnishee, are required by law to
immediately withhold and retain any property in your custody,
control or possession in which the judgment debtor, James W. Reed,
has a substantial non-exempt interest. It is unlawful for you to
pay or deliver to the defendant any item attached by this Writ.

**SCANNED**

JUL 1 6 2007

US DISTRICT COURT MPLS

You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it. You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at James W. Reed, XXXX, Chicago, IL 60660; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you

to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date:

Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date:

Deputy Clerk