USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>98-176 DSD/AJB |
|---|---|
| DEFENDANT<br>James W. Reed | TYPE OF PROCESS<br>Garnishment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Arthur Engelland & Associates

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
39 South La Salle Street, Chicago, IL 60603

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
300 South Fourth Street, 600 U.S. Courthouse
Minneapolis, MN 55415
Attn: Jessica Scott

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve first.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 612-664-5662   DATE: 2/8/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 
District of Origin No. 41
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk
Date: 2/12/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date   Time   ☐ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
4/26/07  1 MILE / 1 DEPUTY / 1 HOUR - NOT IN OFFICE - NO AGENT AVAIL
5/1/07   1 MILE / 1 DEPUTY / 1 HOUR - NOT IN OFFICE - NO AGENT AVAIL
7/3/07   1 MILE / 1 DEPUTY / 1 HOUR - NOT IN OFFICE - NO AGENT AVAIL - PER #5114

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
SCANNED  JUL 16 2007
Form USM-285
Rev. 12/15/80
Automated 01/00
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 98-176 DSD/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) WRIT OF CONTINUING GARNISHMENT ) |
| JAMES W. REED, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| ARTHUR ENGELLAND & ASSOCIATES, | ) ) |
| Garnishee. | ) |

TO: Garnishee, Arthur Engelland & Associates, 39 South La Salle Street, Chicago, IL 60603

An application for a Writ of Continuing Garnishment against property of the above-named defendant, James W. Reed, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on April 15, 1999, for monetary impositions. As of January 26, 2007, the balance on this judgment debt was $447,997.08 in principal, interest and penalties. Interest on the principal balance is accruing from April 15, 1999, at the rate of 4.727% per annum.

You, Arthur Engelland & Associates, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, James W. Reed, has a substantial non-exempt interest. It is unlawful for you to pay or deliver to the defendant any item

SCANNED
JUL 16 2007
U.S. DISTRICT COURT MPLS

attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Continuing Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it.

You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at James W. Reed, XXXXX, Chicago, IL 60660; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Continuing Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order

requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Date: February 5, 2007

Authorized By: _____
Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 2/7/07

_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 98-176 DSD/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES W. REED, )<br>)<br>Defendant, )<br>)<br>ARTHUR ENGELLAND & ASSOCIATES, )<br>)<br>Garnishee. ) | CLERK'S NOTICE OF POST-<br>JUDGMENT GARNISHMENT |

You are hereby notified that your earnings are being garnished by the United States of America, which obtained a judgment on April 15, 1999, in the sum of $278,211.86, plus interest and costs as a result of criminal monetary impositions. As of January 26, 2007, a balance of $447,997.08 in principal, interest and penalties remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, James W. Reed, can show that the exemptions apply. Enclosed is a summary of the federal exemptions which apply in most situations.

If you are James W. Reed, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the enclosed exemptions

SCANNED
JUL 16 2007
U.S. DISTRICT COURT MPLS

or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request

in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated: 7/7/07

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: _____
Deputy Clerk

_____   Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

_____   Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.