```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
              Criminal No. 98-176(1) DSD/AJB
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **GARNISHMENT ORDER** |
| ) | |
| JAMES W. REED, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| CHASE BANK, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about March 5, 2007.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about March 19, 2007.  In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts.

On or about March 5, 2007, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action.  The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota  55415,

with checks or money orders made payable to the "U.S. Clerk of Court," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on March 5, 2007.

Dated: July 31, 2007

                                                  s/ Arthur J. Boylan  
                                                 Magistrate Judge  
                                                 United States District Court