UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 98-176 DSD/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ANSWER OF THE GARNISHEE |
| ) | (NON-EARNINGS) |
| JAMES W. REED, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Garnishee. ) | |

Bank of America, being duly sworn, deposes and says:

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of

_____.

(Provide full name and address of business)

**If Garnishee is a partnership:**

That he/she is a member of _____,
(Full name/address of partnership)

a partnership, of which Garnishee is a partner.

**If Garnishee is a corporation:**

That he/she is the **Clerk** of Garnishee, **Bank**
                    (Title)                        (Full name/

**of America**_____, a corporation, organized under the
address of corporation)

laws of the State of _____.

On **10-10-07**_____, 2007, Garnishee was served with the Writ

of Garnishment. If, **as of the date of service of said Writ,**

SCANNED
OCT 29 2007
U.S. DISTRICT COURT MPLS

Garnishee was in custody, control of possession of non-earnings' property in which the above-named defendant has financial or legal interest, proceed to Number 1 below. If, as of the date of service of said Writ, Garnishee was not in custody, control or possession of such property, sign, date, notarize, and return this Answer of the Garnishee.

1. For non-earnings' property presently in your custody, control or possession, indicate:

| Description of Property | Value of Property | Debtor's Interest in Property |
|---|---|---|
| | $ | |
| | | |
| | | |

**Total** Value of Property  $ ⦻

2. If the non-earnings' property listed above is currently subject to previously-served garnishments or court orders, provide the information requested below: (If the noted non-earnings' property is <u>not</u> currently subject to any previously-served garnishments/orders, write "$0.00" on the "Total Due Under Previously-Served Garnishments/Orders" line below.)

| Description of Previously-Served Garnishment/Order | Amount Due Under Previously-Served Garnishment/Order |
|---|---|
| | $ |
| | $ |
| | $ |

**Total Due Under Previously-Served Garnishments/Orders**   $ _____

3. Determine the extent to which the non-earnings' property

presently in your custody, control or possession is available for this garnishment:

    a.    Enter the amount listed on the "Total Value of Property" line in Number 1 above.    $ \_\_\_\_0\_\_\_\_

    b.    Enter the amount listed on the "Total Due Under Previously-Served Garnishments/Orders" line in Number 2 above (including "$0.00").    $ \_\_\_\_0\_\_\_\_

    c.    **Current Non-Earnings' Property Available for this Garnishment**

        (subtract line "b" from line "a")    $ \_\_\_\_0\_\_\_\_

If you do <u>not</u> claim an exemption, objection, defense or set-off against the amount stated on Line "c" above, you must now retain that amount, up to the total debt balance due as set forth in the Writ of Garnishment, pending further order of the Court. (Note, the debtor is responsible under this garnishment for <u>all</u> interest that accrues on this debt through the date on which payment in full is sent to the defendant.)

If you <u>do</u> contend that some portion of the amount listed on Line "c" above is <u>not</u> subject to this garnishment, indicate the reason(s) for your contention:

\_\_\_\_ The Garnishee claims, on behalf of the judgment debtor, the exemption noted on Line _____ of the Claim for Exemption Form. The amount the Garnishee contends is available from

current non-earnings' property for this garnishment is

$ ~~0~~ .

\_\_\_\_\_The Garnishee claims the following objection, defense or right to set-off from the non-earnings' property available for this garnishment: \_\_\_\_~~0~~\_\_\_\_.

The amount the Garnishee contends is available from current non-earnings' property for this garnishment is

$ ~~0~~ .

---

The Garnishee mailed a copy of the Answer of Garnishee, by first-class mail, to:

    Counsel for United States at:
    United States Attorney's Office
    Att: Financial Litigation Unit
    600 Federal Courthouse
    300 South Fourth Street
    Minneapolis, Minnesota 55415

The Debtor, at:

    James W. Reed
    XXXX
    Chicago, IL 60660

The Garnishee sent the *original* Answer of Garnishee, by first-class mail, to:

    Clerk of United States District Court
    202 Federal Courthouse
    300 South Fourth Street
    Minneapolis, Minnesota 55415

_____
Garnishee

BANK OF AMERICA, N.A.
By Banking Group Support
Garnishment/Levy WA1-501-25-17
PO Box 3977
Seattle, WA 98124

SUBSCRIBED and SWORN to before me this

\_\_\_\_ day of _____, 2007.

_____
NOTARY PUBLIC