UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 98-176 DSD/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| | ) | |
| JAMES W. REED, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| BANK OF AMERICA, | ) | |
| | ) | |
| Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 10, 2007, is hereby released.

Dated: January 14, 2008

       s/ Arthur J. Boylan
Magistrate Judge
United States District Court